**Order filed January 29, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01077-CR
## NO.  14-13-01078-CR

_____

### JAQUALIEN GRANT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 1386097**

## ORDER

Appellant has filed a motion in both these appeals to extend time to file an amended brief.  The motion is granted, Appellant may amend the brief to address any issues in Appeal Number 14-13-01078-CR.

PER CURIAM

Panel consists of Justices Christopher, Jamison and Busby.